certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Moses Cohen* for petitioner. *Messrs. Stuart McNamara* and *Leonard B. Smith* for respondent.

No. 855. STIMPSON *v.* COMMISSIONER OF INTERNAL REVENUE. May 16, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. George H. Moore* and *William M. Fitch* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key, Norman D. Keller,* and *Wm. H. Riley, Jr.,* for respondent.

No. 858. JOHN C. WINSTON Co. *v.* TRIMBLE ET AL. May 16, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Marcellus Green, Wm. H. Watkins,* and *Garner W. Green* for petitioner. *Mr. L. T. Kennedy* for respondents.

No. 860. GREAT NORTHERN RY. Co. *v.* SHELLENBARGER. May 16, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Charles A. Hart, Charles H. Carey,* and *Charles E. McCulloch* for petitioner. *Mr. Dan J. Malarkey* for respondent.

No. 861. ATASCOSA COUNTY STATE BANK *v.* COPPARD, TRUSTEE, ET AL. May 16, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Victor Keller* for petitioner. *Mr. Sylvan Lang* for respondents.